IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-70126-M-7 |
| | § | |
| JAVIER AND IMELDA SALINAS | § | |
|     DEBTOR(S) | § | CHAPTER 7 |

## DEBTORS' MOTION TO CONVERT TO CHAPTER 13

**RULE 9013 NOTICE**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT TROUGH THEIR ATTORNEYS.

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, JAVIER AND IMELDA SALINAS, Debtors, through the undersigned and request the Court to enter an Order converting this case to a case under Chapter 13 in conformity with 11 U.S.C. § 706(a). In support of the motion the following is stated:

1. On March 10, 2015, the Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code, in the McAllen Division for the Southern District of Texas, which is administered as Case Number 15-70126-M-7.

2. Debtors now desire to convert their Chapter 7 case to a Chapter 13 and respectfully request this Court to grant their Motion.

WHEREFORE, PREMISES CONSIDERED, Debtors pray that this Court will allow their Motion to Convert to Chapter 13 from a Chapter 7.

K:\256\256956\Motion 2 Convert to Ch13.docx

Respectfully submitted,
MALAISE LAW FIRM

BY: /s/ Eduardo V. Rodriguez
Eduardo V. Rodriguez
Federal Id. No.: 19945
State Bar No. 00795621
1265 North Expressway 83
Brownsville, Texas 78520
Phone: (956) 547-9638
Fax: (956) 547-9630

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on the date that it was filed electronically. Service was accomplished by regular First Class U.S. mail, unless otherwise requested by electronic mailing, to the following:

Trustee:
Cindy Boudloche, Chapter 13 Trustee
555 N. Carancahua, Suite 600
Corpus Christi, Texas 78478

U.S. Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, TX 78401

**DEBTOR(S):**
Javier and Imelda Salinas
2212 N. Coyote Ave.
San Juana, TX 78589

and to all creditors as specified on the attached Service List.

/s/Eduardo V. Rodriguez
Eduardo V. Rodriguez

Case 15-70126   Document 50   Filed in TXSB on 05/22/15   Page 3 of 4

Debtor(s): Javier Salinas  
Imelda C. Salinas  
Case No: 15-70126-M-13  
Chapter: 13  
SOUTHERN DISTRICT OF TEXAS  
MCALLEN DIVISION

ACE Cash Express  
2901 N. 10th  
McAllen, TX 78504  
Bad Address

Credit Central  
200 North McColl Rd.  
McAllen, TX 78501

Onemain Financial  
Po Box 183172  
Columbus, OH 73218-3172

Alamo American Finance  
417 S. Broadway  
McAllen, TX 78501

Credit Collection  
c/o Quest Diagnostics  
Two Wells Avenue  
Newton, MA 02459

Onemain Financial  
Po Box 499  
Hanover, MD 21076  
Bad Address

AT&T  
P.O. Box 5001  
Carol Stream, IL  60197-5001

Debt Recovery Solution  
Attention:  Bankruptcy  
900 Merchants Concourse Ste LL1  
Westbury, NY 11590

Pay Pal Credit  
P.O. Box 105658  
Atlanta, GA 30348-5658

Avant Credit Corporation  
640 N Lasalle St  
Chicago, IL 60654

Gatestone  
1000 N. West Street, Suite 1200  
Wilmington, DE 19801

Pay Pal Extras  
P.O. Box 960080  
Orlando, FL 32896-0080

Azteca Loan Company  
905 W. FM 495  
San Juan, TX 78589

GECRB/Gap  
Attn: Bankruptcy  
PO Box 103104  
Roswell, GA 30076

Quest Diagnostics  
P.O. Box 740779  
Cincinnati, OH 5274-0779

Best Buy/CBNA  
701 East 60th Street  
Sioux Falls, SD 57104

GECRB/GE Money Sport  
Attn:Bankruptcy  
PO Box 103104  
Roswell, GA 30076

Regional Finance  
901 N. Raul Longoria Rd., Ste.  
San Juan, TX 78589

Capital One, N.a.  
Capital One Bank (USA) N.A.  
PO Box 30285  
Salt Lake City, UT 84130

Grace Launder  
1004 N. 3rd Street  
McAllen, TX 78504

Security Finance  
225 S. Cage, Suite C  
Pharr, TX 78577

Commonwealth Financial  
245 Main St  
Dickson City, PA 18519

Linebarger Goggan Blair & Sampso  
c/o Diane W. Sanders  
P.O. Box 17428  
Austin, TX 78760-7428

Security Service Federal Credit  
16211 La Cantera Parkway  
San Antonio, TX  78256-2419

Conns Credit Corp  
Box 2358  
Beaumont, TX 77704

Malaise Law Firm  
1265 N. Expressway 83  
Brownsville, TX 78520

Springleaf Financial S  
5209 N Mccoll Rd  
Mcallen, TX 78504

Covington Credit  
1618 N. Veterans Blvd.  
San Juan, TX 78589

Navy Army Community Cu  
Po Box 81349  
Corpus Christi, TX 78468

Sun Loan #76  
126 E Park Ave Ste A  
Pharr, TX 78577

Debtor(s):  **Javier Salinas**
            **Imelda C. Salinas**

Case No:  **15-70126-M-13**
Chapter:  **13**

**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

```
Synchrony Bank
c/o Recovery Management System
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605


Texan Credit
1449 W. Duranta, Ste. 2C
Alamo, TX 78516


Webbank/gettington
6250 Ridgewood Rd
Saint Cloud, MN 56303
```